IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**VERONICA WHITAKER,**

**Plaintiff**

v.                             Case No.: 6:24-cv-02102-GAP-RMN

**WINTER GARDEN OPCO, LLC,
ROSECASTLE MANAGEMENT, LLC,
and ALG SENIOR, LLC,**
   **Defendants.**

_____/

**PLAINTIFF VERONICA WHITAKER'S REQUEST FOR ORAL ARGUMENT**

 COMES NOW Plaintiff, VERONICA WHITAKER (Whitaker), by and through undersigned counsel, and pursuant to Local Rule 3.01(h), respectfully requests that oral argument be held on Defendants' Motion to Dismiss Amended Complaint (Motion) filed on May 16, 2025 (Doc. 41).

 Whitaker respectfully submits that oral argument will assist the Court concerning issues about Defendants' alleged participation in a joint venture and their related liability.

      RESPECTFULLY SUBMITTED,

/s/ Katherine Hanson
Katherine Hanson, Esq.
Florida Legal Services
Attorney
Florida Bar No.: 0071933
PO Box 533986
Orlando, FL 32853-3986
(407) 801-6593
katherine.hanson@floridalegal.org

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished on this 6th day of June, 2025 using the Court's CM/ECF system, which will automatically send notice and a copy of the same to all counsel of record including:

**EDWARD J. CARBONE**
Florida Bar No. 0068020
One Urban Centre
4830 W. Kennedy Blvd., Suite 280
Tampa, FL 33609
Telephone: (813) 359-6200
Facsimile: (813) 359-6201
ejcarbone@burnswhite.com
bshaffalo@burnswhite.com
kamcann@burnswhite.com
***Attorneys for Defendants***

By:   /s/Katherine Hanson, Esq.
      Fla. Bar No.: 0071933