**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**VERONICA WHITAKER,**

**Plaintiff,**

vs.                                               Case No.: 6:24-cv-02102-GAP-RMN

**WINTER GARDEN OPCO, LLC,**
**ROSECASTLE MANAGEMENT, LLC,**
and
**ALG SENIOR, LLC,**

**Defendants.**
_____/

**DEFENDANT, WINTER GARDEN OPCO, LLC'S NOTICE OF SERVICE OF AMENDED RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSION**

COMES NOW Defendant, WINTER GARDEN OPCO, LLC, by and through its undersigned counsel, and hereby serves amended responses to Plaintiff's Requests for Admissions on this 4th day of August, 2025.

*THIS SPACE INTENTIONALLY LEFT BLANK*

*CERTIFICATE OF SERVICE ON FOLLOWING PAGE*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Electronic Mail to: Katherineh@disabilityrightsflorida.org and morganb@disabilityrightsflorida.org, (Katherine Hanson, Esquire, Morgan M. Bergstrom, Esquire, Advocacy, Education and Outreach, Disability Rights Florida, Inc., 2473 Care Drive, Suite 200, Tallahassee, FL 32308, Counsel for Plaintiff), kevin.rabin@floridalegal.org and fls_consumer@floridalegal.org, (Kevin S. Rabin, Esquire, Florida Legal Services, Inc., P.O. Box 533986, Orlando, FL 32853-3986, Counsel for Plaintiff), and nhenrichsen@hslawyers.com and service@hslawyers.com, (Neil. L. Henrichsen, Henrichsen Law Group, PLLC, 301 West Bay Street, Suite 1400, Jacksonville, FL 32202, Counsel for Plaintiff) this 4st day of August, 2025.

                BURNS WHITE LLC

                *Edward J. Carbone*
                **EDWARD J. CARBONE**
                Florida Bar No. 0068020
                **MARK B. HARTIG**
                Florida Bar No. 114529
                One Urban Centre
                4830 W. Kennedy Blvd., Suite 280
                Tampa, FL 33609
                Telephone: (813) 359-6200
                Facsimile: (813) 359-6201
                ejcarbone@burnswhite.com
                mbhartig@burnswhite.com
                bshaffalo@burnswhite.com
                kamcann@burnswhite.com
                ***Attorneys for Defendants***