# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**VERONICA WHITAKER,**

    **Plaintiff**

v.     **Case No.: 6:24-cv-2102-GAP-RMN**

**WINTER GARDEN OPCO, LLC,**
**ROSECASTLE MANAGEMENT, LLC,**
**and ALG SENIOR, LLC,**

    **Defendants.**

_____/

## JOINT STATUS REPORT ON MEDIATION

Pursuant to this Court's Order (Doc. 65), the parties advise that the mediation previously scheduled for August 8, 2025, is continued to a future date to occur before the mediation deadline set in the Court's Case Management and Scheduling Order (Doc. 35). The parties agree that mediation will be most beneficial if held after the conclusion of the Rule 30(b)(6) depositions described by the Court in its August 6, 2025, Order (Doc. 64) and will reschedule the mediation accordingly. The same mediator identified by the parties in their Joint Notice of Selection of Mediator (Doc. 38) will be used for the rescheduled mediation.

Respectfully submitted,
**BURNS WHITE LLC**

*Edward J. Carbone*
_____
EDWARD J. CARBONE
Florida Bar No. 0068020
One Urban Centre
4830 W. Kennedy Blvd., Suite 280
Tampa, FL 33609
Telephone: (813) 359-6200
Facsimile: (813) 359-6201
ejcarbone@burnswhite.com
bshaffalo@burnswhite.com
kamcann@burnswhite.com
***Attorneys for Defendants***